UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IDEAVILLAGE PRODUCTS CORP.,

                            Plaintiff,        CIVIL ACTION
                                            18-cv-7832 (JMF)

         - against -        **SATISFACTION OF JUDGMENT**

711 MARKET, et al.,

                            Defendants.
------------------------------------------------------------x

       WHEREAS, a judgment was entered in the above action on the 11th day of December, 2018 in favor of Plaintiff Ideavillage Products Corp. and against Defendant Shenzhen Wingene Electronic Development Co., Ltd. in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

       THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Shenzhen Wingene Electronic Development Co., Ltd..

Dated: March 13, 2019                  Respectfully submitted,

      New York, New York

                                        EPSTEIN DRANGEL LLP

                                        BY: _____
                                        Brieanne Scully (BS 3711)
                                        bscully@ipcounselors.com
                                        60 East 42nd Street, Suite 2520
                                        New York, NY 10165
                                        Telephone:  (212) 292-5390
                                        Facsimile:   (212) 292-5391
                                        *Attorney for Plaintiff*
                                        *Ideavillage Products Corp.*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified in Westchester County
Commission Expires 10/17/2015