UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IDEAVILLAGE PRODUCTS CORP.,

                               Plaintiff,

                 - against -

711 MARKET, et al.

                           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CIVIL ACTION**
18-cv-7832 (JMF)

**SATISFACTION OF JUDGMENT**

     WHEREAS, a judgment was entered in the above action on the 11th day of December, 2018 in favor of Plaintiff Ideavillage Products Corp. and against Defendant Shenzhen CS Industrial Technology Co., Ltd. in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

     THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Shenzhen CS Industrial Technology Co., Ltd..

Dated: March 13, 2019

     New York, New York

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____

Brieanne Scully (BS 3711)
bscully@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorney for Plaintiff*
*Ideavillage Products Corp.*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified In Westchester County
Commission Expires _10/17/20_