UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IDEAVILLAGE PRODUCTS CORP.,

                              Plaintiff,         CIVIL ACTION
                                                 18-cv-7832 (JMF)

              - against -                        **SATISFACTION OF JUDGMENT**

711 MARKET, *et al.*

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


        WHEREAS, a judgment was entered in the above action on the 11th day of

December, 2018 in favor of Plaintiff Ideavillage Products Corp. and against Defendant Shanghai

Robtol Tool Manufacturing Co., Ltd in the amount of $50,000.00, and said judgment having

been satisfied, and it is certified that there are no outstanding executions with any Sheriff or

Marshall.

        THEREFORE, satisfaction of said judgment is hereby acknowledged, and the

Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the

docket of said judgment against Defendant Shanghai Robtol Tool Manufacturing Co., Ltd..


Dated: September 6, 2019                 Respectfully submitted,

       New York, New York

                                         EPSTEIN DRANGEL LLP

                                         BY: _____
                                              Brieanne Scully (BS 3711)
                                              bscully@ipcounselors.com
                                              60 East 42nd Street, Suite 2520
                                              New York, NY 10165
                                              Telephone:    (212) 292-5390
                                              Facsimile:    (212) 292-5391
                                              *Attorney for Plaintiff*
                                              *Ideavillage Products Corp.*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified in Westchester County
Commission Expires 10/1/2023